UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SYLVESTER TRACKLING (#117085)

VERSUS

LT. CORNELL HOWARD

CIVIL ACTION

NO. 10-198-JVP-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 19, 2010 (document number 18). Plaintiff has filed objection (document number 19) to the report and recommendation which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be dismissed pursuant to 42 U.S.C. § 1997e(e).

Baton Rouge, Louisiana, August  11 , 2010.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA